**Opinion issued March 12, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00080-CV

————————————

## IN RE TRANSOCEAN DRILLING (U.S.A.), INC. AND TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators filed a petition for writ of mandamus challenging the trial court's denial of relators' first amended motion to strike intervenor's petition.[1] Relators have advised this Court that the parties have settled and this proceeding is moot.

---

[1] The underlying case is *Robert Garcia v. Transocean Drilling (U.S.A.), Inc. and Transocean Offshore Deepwater Drilling, Inc.*, cause number 2016-61497, pending in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.

Accordingly, we dismiss the petition as moot. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.